IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$94,563.00 IN UNITED STATES CURRENCY,

    Defendant.

---

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

---

The United States of America ("United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Elizabeth Young, pursuant to Supplemental Rule for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

## JURISDICTION AND VENUE

1. The United States has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 28 U.S.C. § 1395, as the defendant property is located and the acts described herein occurred in the District of Colorado.

## DEFENDANT PROPERTY

3. Defendant property is more fully described as follows:

    a.    $94,563.00 in United States currency ("defendant $94,563.00 in

1

U.S. currency") that was seized on May 21, 2020 in Lakewood, Colorado, and is currently being held by the United States Marshals Service in Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

4.      Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**Background of Investigation**

5.      In August of 2016, the North Metro Task Force and the Drug Enforcement Administration ("DEA") initiated an investigation into a series of illegal residential marijuana grow houses that were operated by various drug trafficking organizations ("DTOs").

6.      The DTOs are illegally growing marijuana in Colorado and distributing it outside of Colorado.

7.      Several different DTOs currently operate illegal marijuana grow houses along the front range of Colorado.

8.      In 2019, investigators identified a residence at 9173 West Capri Avenue, Littleton, Colorado, as a possible illegal marijuana grow location.

9.      As explained in more detail below, 9173 West Capri Avenue, Littleton, Colorado, was Jin Jo Wu's residence and is the address his vehicle was registered to when defendant $94,563.00 in U.S. currency was found in the vehicle and seized on May 21, 2020.

**Defendant $94,563.00 in U.S. Currency**

10.    On May 21, 2020, Jin Jo Wu was involved in a traffic accident at the intersection of West Jewell Avenue and South Wadsworth Boulevard in Lakewood, Colorado. Mr. Wu was driving a 2018 Mercedes-Benz C300 when the accident occurred.

11.    The law enforcement officers that responded to the accident noticed that Jin Jo Wu appeared to be intoxicated or under the influence of drugs. For example, Mr. Wu exited the vehicle, ran around in the street, and was yelling. When approached by agents responding to the accident, Mr. Wu was holding a hand mirror above his head and saying that it was evidence. When asked to sit against a brick retaining wall, Mr. Wu refused because he believed that something was coming out of the wall. The agents did not see anything coming out of the wall. When a law enforcement agent told Mr. Wu that his behavior was consistent with someone who was on illegal drugs, Mr. Wu told the agent that he took cocaine in the prior 48 hours. When paramedics arrived to assist Mr. Wu, he refused to believe that they were paramedics. Mr. Wu was taken to St. Anthony's Hospital.

12.    Investigators conducted an inventory search of Jin Jo Wu's vehicle and discovered approximately one pound of marijuana in a heat-sealed plastic bag in the trunk of the vehicle and defendant $94,563.00 in U.S currency inside a duffle bag on the back seat of the vehicle.

13.    Jin Jo Wu was arrested on May 21, 2020 and charged with: possession with intent to distribute marijuana, driving under the influence of alcohol and/or drugs,

having no proof of insurance, and careless driving. *People of the State of Colorado v. Jin Wu*, No. 2020CR2109, is currently pending in Jefferson County District Court.

14. The 2018 Mercedes-Benz C300 was registered to Jin Jo Wu and his wife, Thi Luong Wu, at 9173 West Capri Avenue, Littleton, Colorado.

15. Investigators spoke to Jin Jo Wu's wife, who stated that Jin Jo Wu was recently released from prison and was unemployed.

16. Colorado state wage records show that Jin Jo Wu had reported wages of $3,500.00 for the first quarter of 2020, but had no other reported wages in the state of Colorado for the past five years.

17. Colorado state wage records show that Thi Luong Wu, Jin Jo Wu's wife, had no reported wages since the second quarter of 2015.

18. Based on the facts and circumstances described above, evidence shows that defendant $94,563.00 in U.S. currency was derived from or involved in the illegal distribution of marijuana.

<u>CERTIFICATION OF RAYMOND PADILLA</u>
<u>TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION</u>

I, Task Force Officer Raymond Padilla, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*Raymond Padilla*
_____
Raymond Padilla
Task Force Officer – DEA

<u>FIRST CLAIM FOR RELIEF</u>

19. The Plaintiff repeats and incorporates by reference the paragraphs above.

20. By the foregoing and other acts, defendant $94,563.00 in U.S. currency constitutes money furnished or intended to be furnished in exchange for a controlled substance or and/or proceeds traceable to such an exchange in violation of 21 U.S.C. § 801, *et seq.*, and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant $94,563.00 in U.S. currency in favor of the United States, that the United States be authorized to dispose of defendant $94,563.00 in U.S. currency in accordance with law, and that the Court enter a finding of probable cause for the seizure of defendant $94,563.00 in U.S. currency and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 21st day of October 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: <u>s/ Elizabeth Young</u>
Elizabeth Young
Assistant United States Attorney
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*